UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

Rickee L. Teigen,                                                    Civil File No: 16-3032

        Plaintiff,

v.

Gregg Yates, Geoffrey M. Lochansen,
Todd Kale, Tom Spackman, Scott Kipp,                   **NOTICE OF APPEARANCE**
Duane Newsom, Lance M. Hardenburg,
Kenny Steven, and Jason T. Campbell,

        Defendants.

PLEASE TAKE NOTICE that Blake W. Duerre of the law firm of Arthur, Chapman, Kettering, Smetak & Pikala, P.A., pursuant to 28 U.S.C. § 1654, hereby enters his appearance as counsel of record for Defendant Lance M. Hardenburg in the above-entitled action and requests that copies of all further pleadings, affidavits or motions in the above-entitled matter also be served upon the undersigned.

ARTHUR, CHAPMAN, KETTERING,
SMETAK & PIKALA, P.A.

Dated: __August 9, 2016__       _____
Blake W. Duerre
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
P: (612) 339-3500
F: (612) 339-7655
bwduerre@ArthurChapman.com
*Attorneys for Defendant Lance M. Hardenburg*