# OFFICER'S RETURN

CAUSE #: _26 CIVI6 600025_

STYLED: _Teigen, Rickee L_ _____ Plaintiff

Vs

_Yates, Gregg et al_ _____ Defendant

2016 JUN 21 PH 1:37

DALLAS COUNTY CONSTABLE PCT. 3

## ON INDIVIDUALS:

CAME TO HAND on this the __21__ day of __June__, 20_16_,

at _1:37_ o'clock _P_ m and delivered to the defendant, _Lance M. Hardenburg_

_____ located at _1445 Ross Ave 24 Fl. Dallas TX 75202_

in the County of Dallas, State of Texas, on the _7_ day of _July_, 20_16_

at _10:45_ o'clock _A_ m.

## ON CORPORATIONS

CAME TO HAND on this the _____ day of _____ 20_____, at _____

_____ o'clock _____m, and delivered to the defendant,_____

_____ a Corporation by delivering to _____

_____ President, Vice-President, Registered Agent, in person,

located at _____ in the County

of Dallas, State of Texas, on the _____ day of _____ 20____, at _____

o'clockm.

## ON BUSINESS & COMPANIES:

CAME TO HAND on this the _____ day of _____, 20____,

at _____ o'clock_____m, and delivered to the defendant, _____

_____ doing business as _____

_____ in person, located at _____

_____ in the County of Dallas, State of Texas, on the _____ day of

_____ 20_____, at _____ o'clock _____m.

BEN ADAMCIK
CONSTABLE PCT.3,
DALLAS COUNTY

Fee for Service: $___80___

CONSTABLE BEN ADAMCIK
Precinct 3, Dallas County, Texas

_____Badge# _3204_
Signature: Deputy Constable

SWORN TO BEFORE ME THE UNDERSIGNED AUTHORITY, this the __7__ day

of __July__, 20_16_.

_____
Notary Public – Dallas County

SHIRLEY JOHNSON
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
07-10-16