**FILED**

OCT - 6 2017


CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| RICKEE L. TEIGEN,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN GREGGORY YATES, GEOFFREY M. LOCHAUSEN, J. TODD KALE, TOM SPACKMAN, SCOTT KIPP, DUANE NEWSOM, LANCE M. HARDENBURG, STEVEN KENNY, JASON T. CAMPBELL,<br><br>Defendants. | 3:16-CV-03032-RAL<br><br><br>JUDGMENT OF DISMISSAL |

On October 5, 2017, the parties filed a Joint Motion for Dismissal with Prejudice, Doc. 36. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 6th day of October, 2017.

BY THE COURT:

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE